IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., | ) ) ) | NO. 19 C 1996 |
| | ) | JUDGE MANISH S. SHAH |
| Defendant, | ) ) | |
| And | ) ) | |
| BYLINE BANK, | ) ) | |
| Citation Respondent. | ) | |

**MOTION FOR TURN-OVER ORDER
AGAINST CITATION RESPONDENT**

NOW COME Plaintiffs, by their attorneys, and move for the entry of a turn-over order against BYLINE BANK, Citation Respondent, in the amount of $5,256.54. In support of this Motion, Plaintiffs state as follows:

1. On December 20, 2023, judgment was entered by the Honorable Manish S. Shah in favor of Plaintiffs and against Defendant in the amount of $72,911.42, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

2. On January 13, 2026, Plaintiffs caused a Citation to Discover Assets to Third Party, Citation Notice to Judgment Debtor and Third Party Respondent Answer to Citation Proceedings

to be served on Citation Respondent, Byline Bank (a copy of the Citation to Discover Assets to Third Party and Affidavit of Service is attached hereto as Exhibit 1).

   3. On January 20, 2025, Citation Respondent, Byline Bank, answered the Third Party Respondent Answer to Citation Proceedings indicating that it was in possession of $5,256.54, which was then due and owing to Defendant (a copy of the Third Party Respondent Answer to Citation Proceedings is attached hereto as Exhibit 2).

   4. There remains $72,911.42, plus post-judgment interest, due and owing on the judgment entered on December 20, 2023.

   WHEREFORE, Plaintiffs pray that a turn-over order in the amount of $5,256.54 be entered against Citation Respondent, Byline Bank.

                /s/ Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#28530\motion-too.cwf.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Turn Over Order) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of February 2026:

      Ms. Rebecca Rigsby
      Legal Process Specialist
      Byline Bank
      180 N. LaSalle Street, Suite 300
      Chicago, IL  60601-3110

      G. & C. Construction & Sealants, Inc.
      4200 W. 124th Place
      Alsip, IL  60803-1811

      /s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail:  cfallo@baumsigman.com