IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., <br><br> Defendant, <br><br> And <br><br> BYLINE BANK, <br><br> Citation Respondent. | CIVIL ACTION <br><br> NO. 19 C 1996 <br><br> JUDGE MANISH S. SHAH |

**NOTICE OF MOTION**

TO:  Ms. Rebecca Rigsby            G. & C. Construction & Sealants, Inc.
     Legal Process Specialist       4200 W. 124th Place
     Byline Bank                    Alsip, IL   60803-1811
     180 N. LaSalle Street, Suite 300
     Chicago, IL  60601-3110

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **4th** day of **March 2026**, at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Manish S. Shah, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1919, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Turn Over Order.  A copy of said motion is hereby served upon you.

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#28530\notice of motion-too.cwf.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of February 2026:

      Ms. Rebecca Rigsby
      Legal Process Specialist
      Byline Bank
      180 N. LaSalle Street, Suite 300
      Chicago, IL  60601-3110

      G. & C. Construction & Sealants, Inc.
      4200 W. 124th Place
      Alsip, IL  60803-1811

      /s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail:  cfallo@baumsigman.com