## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chicago Area Joint Welfare Committee for the Pointing, Cleaning and Caulking Industry, Local 52, et al.

                        Plaintiff,

v.                                        Case No.: 1:19–cv–01996

                                       Honorable Manish S. Shah

G. & C. Construction & Sealants, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. No one appears on the motion. For the reasons stated in open court, the motion for turnover order [22] is granted. Enter Turnover Order. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.