IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., <br><br> Defendant, <br><br> And <br><br> BYLINE BANK, <br><br> Citation Respondent. | CIVIL ACTION <br><br> NO. 19 C 1996 <br><br> JUDGE MANISH S. SHAH |

**TURN-OVER ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Citation Respondent, BYLINE BANK, in the amount of $5,256.54, the Court being fully advised in the premises, FINDS:

1. On December 20, 2023, judgment was entered by the Honorable Manish S. Shah in favor of Plaintiffs and against Defendant in the amount of $72,911.42, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

2. On January 13, 2026, Plaintiffs caused a Citation to Discover Assets to Third Party, Citation Notice to Judgment Debtor and Third Party Respondent Answer to Citation Proceedings to be served on Citation Respondent, Byline Bank.

3. On January 20, 2025, Citation Respondent, Byline Bank, answered the Third Party Respondent Answer to Citation Proceedings indicating that it was in possession of $5,256.54, which was then due and owing to Defendant.

4. There remains $72,911.42, plus post-judgment interest, due and owing on the judgment entered on December 20, 2023.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiffs shall have and recover from Citation Respondent, Byline Bank, the sum of $5,256.54.

ENTER:

_____
MANISH S. SHAH
UNITED STATES DISTRICT JUDGE

DATED: March 4, 2026

Carson W. Fallo
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#28530\too.cwf.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he caused a copy of the foregoing document (Turn-Over Order) to be served upon:

                Ms. Rebecca Rigsby
                Legal Process Specialist
                Byline Bank
                180 N. LaSalle Street, Suite 300
                Chicago, IL  60601-3110

                G. & C. Construction & Sealants, Inc.
                4200 W. 124th Place
                Alsip, IL  60803-1811

by U.S. Mail on or before the hour of <u>5:00 p.m.</u> this <u>25th</u> day of <u>February 2026</u>.


                                            <u>/s/   Carson W. Fallo</u>


Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail:  cfallo@baumsigman.com