IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) CIVIL ACTION ) |
| Plaintiffs, | ) NO. 19 C 1996 ) |
| v. | ) JUDGE MANISH S. SHAH ) |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION TO WITHDRAW APPEARANCE**

Plaintiffs, Chicago Area Joint Welfare Committee for the Pointing, Cleaning and Caulking Industry, Local 52, *et al.,* ("Funds" or "Plaintiffs"), by their attorneys, hereby move to withdraw the Appearance of Patrick N. Ryan, pursuant to Local Rule 83.17. In support of their Motion, Plaintiffs state as follows:

1. The instant lawsuit was filed on March 22, 2019. At that time, Attorneys Stephen J. Rosenblat and Patrick N. Ryan from the law firm of Baum Sigman Auerbach & Neuman, Ltd., filed appearances for the Plaintiffs.

2. Approximately one year ago, Patrick N. Ryan left employment with the firm of Baum Sigman Auerbach & Neuman, Ltd., and is no longer retained by Plaintiffs to represent them in this matter.

3. Mr. Rosenblat will maintain, and has maintained, an appearance in this matter.

4. On January 8, 2026, Carson W. Fallo, also of the law firm of Baum Sigman Auerbach & Neuman, filed his appearance for Plaintiffs in this matter.

     5.     The granting of this motion will not delay the prosecution of this case, or prejudice the rights of Defendant.

     For the foregoing reasons, Plaintiffs respectfully request that the Appearance of Patrick N. Ryan in this matter be terminated.

                                    /s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#28530\motion to withdraw appearance of pnr.cwf.df.docx

**CERTIFICATE OF SERVICE**

      I certify that on or before the hour of <u>5:00 p.m.</u> this <u>6th</u> day of <u>March 2026</u> I electronically filed the foregoing (Plaintiffs' Motion to Withdraw Appearance) with the Clerk of the Court using the CM/ECF system which will send notification to the following:

                        Todd A. Miller
                        Kathleen M. Cahill
                        Allocco, Miller & Cahill, P.C.
                        20 N. Wacker Drive, Suite 3517
                        Chicago, IL 60606
                        tam@alloccomiller.com
                        kmc@alloccomiller.com

                                                            /s/ Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com