IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 19 C 1996 |
| v. | ) ) | JUDGE MANISH S. SHAH |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL   60606

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **17th** day of **March 2026**, at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Manish S. Shah, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1919, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion to Withdraw Appearance.   A copy of said motion is hereby served upon you.

/s/    Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\52j\g & c\#28530\notice of motion-withdraw appearances.cwf.df.docx

**CERTIFICATE OF SERVICE**

      I certify that on or before the hour of 5:00 p.m. this 6th day of March 2026 I electronically filed the foregoing (Notice of Motion) with the Clerk of the Court using the CM/ECF system which will send notification to the following:

           Todd A. Miller
           Kathleen M. Cahill
           Allocco, Miller & Cahill, P.C.
           20 N. Wacker Drive, Suite 3517
           Chicago, IL   60606
           tam@alloccomiller.com
           kmc@alloccomiller.com

                          /s/     Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail:   cfallo@baumsigman.com

I:\52J\G & C\#28530\NOTICE OF MOTION-WITHDRAW APPEARANCES.CWF.DF.DOCX