IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | NO. 19 C 1996 |
| | ) | |
| v. | ) | JUDGE MANISH S. SHAH |
| | ) | |
| G. & C. CONSTRUCTION & SEALANTS, INC., f/k/a G. & C. CONSTRUCTION, INC., | ) ) | MAGISTRATE JUDGE JEFFREY T. GILBERT |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BYLINE BANK, | ) | |
| | ) | |
| Citation Respondent. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF CITATION TO DISCOVER ASSETS TO THIRD PARTY**

TO:    G. & C. Construction & Sealants, Inc.      Ms. Rebecca Rigsby
           4200 W. 124th Place                      Legal Process Specialist
           Alsip, IL   60803-1811                  Legal Process Specialist
                                                     Byline Bank
                                                       180 N. LaSalle Street, Suite 300
                                                       Chicago, IL 60601-3110

       NOW COME Plaintiffs, by and through their attorneys, and in accordance with Federal Rule

of Civil Procedure 41(a)(1), hereby dismiss the citation to discover assets proceeding against Third-

Party Citation Respondent, BYLINE BANK, without prejudice to the rights of Plaintiffs.

                                            /s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\52J\G & C\#28530\notice of dismissal of cda (byline bank).cwf.df.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Voluntary Dismissal of Citation to Discover Assets to Third Party) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 10th day of April 2026:

G. & C. Construction & Sealants, Inc.
4200 W. 124th Place
Alsip, IL   60803-1811

Ms. Rebecca Rigsby
Legal Process Specialist
Byline Bank
180 N. LaSalle Street, Suite 300
Chicago, IL 60601-3110

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com
I:\52J\G & C\#28530\notice of dismissal of cda (byline bank).cwf.df.wpd